4:05-cv-1621-GH
Williams v. U.S.A.

# SEALED

# DOCUMENT

ORDER

Document No. 3